**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LYLE APACHITO,

        Applicant,

v.                                                                          No. 12-cv-0454 LH/SMV

ERASMO BRAVO, Warden;
ATTORNEY GENERAL OF THE STATE
OF NEW MEXICO,

        Respondents.

### ORDER GRANTING APPLICANT'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1983

THIS MATTER is before the Court on Applicant's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2]. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Applicant's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is hereby **GRANTED** and Applicant may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**