**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LYLE APACHITO,**

    **Applicant,**

v.                                        **No. 12-cv-0454 LH/SMV**

**ERASMO BRAVO, Warden;**
**ATTORNEY GENERAL OF THE STATE**
**OF NEW MEXICO,**

    **Respondents.**

**ORDER**

The Court having entertained this habeas corpus proceeding in forma pauperis pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 1915, *see* 28 U.S.C. § 2254 R.4, and the Court having determined that the application is not subject to summary dismissal,

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward copies of this Order and the petition to Respondent and the New Mexico Attorney General. Respondent shall answer the petition within thirty days from entry of this Order. Respondent's answer shall advise, but is not limited to, whether the Applicant has exhausted his state court remedies as to the issues raised in the federal application. In each case, Respondent shall attach to its answer copies of any pleading pertinent to the issue of exhaustion which was filed by Applicant in the sentencing court, the state district court, the state court of appeals and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of or in response to those pleadings. Respondent shall also attach to the answer copies of all state court findings and conclusions, docketing statements, and opinions issued in Applicant's state court post-conviction or appellate proceedings. In the event

Respondent denies exhaustion, Respondent shall identify the State procedures currently available to Applicant given the nature of Applicant's claims and their procedural history.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge