IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LYLE APACHITO,

    Applicant,

v.                                                             12-cv-0454 LH/SMV

ERASMO BRAVO, Warden,
ATTORNEY GENERAL OF THE STATE
OF NEW MEXICO,

    Respondents.

## ORDER GRANTING RESPONDENTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER

THIS MATTER is before the Court on Respondents' Motion for an Extension of Time to File an Answer (28 U.S.C. § 2254) [Doc. 7].  Respondents move to extend the deadline to file their Answer from June 1, 2012, to July 2, 2012, and the Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion for an Extension of Time to File an Answer (28 U.S.C. § 2254) [Doc. 7] is **GRANTED**, and Respondents shall file their Answer no later than July 2, 2012.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**